# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,738,668**    SPRINGER MAGRATH COMPANY (MINNESOTA CORPORATION)
Registered Jan. 19, 2010    56 EAST BROADWAY SUITE 210
FOREST LAKE, MN 55025

**Int. Cl.: 9**    FOR: ELECTRICAL ANIMAL PRODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1980; IN COMMERCE 1-0-1980.

**TRADEMARK
PRINCIPAL REGISTER**    THE MARK CONSISTS OF THE COLOR YELLOW AS APPLIED TO THE HANDLE OF ELECTRICAL ANIMAL PRODS. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK ON THE GOODS AND IS NOT PART OF THE MARK.

THE COLOR(S) YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 77-476,979, FILED 5-16-2008.

VERNA BETH RIRIE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office





# SyrVet Livestock Prod

Home » Products » Restraining » Electric Shock Prods

## New SyrVet proprietary design!

The SyrVet Livestock Prod helps with the safe and effective movement and handling of livestock and serves as a powerful tool at a great value for ranchers and herd managers.

Features include a durable solid state electronic motor, a safety clip, retail-ready packaging, and a one year limited warranty on electronics (certain conditions apply). The prod's tip does NOT retain a charge after release of the trigger button, meaning no accidental shocks. Superbly balanced, the prod's rugged, tough design is water resistant and comes in three shaft lengths: 22", 34", and 44". The high impact polymer shafts work with Magrath® handle units, and the motor is interchangeable with most Hot Shot® prods. Size "C" SyrVet Livestock Prod Batteries are also available and work in any prod using "C" batteries.





| Item # | Description |
|---|---|
| LPH22 | 22" Prod w/Handle (w/o Batteries) |
| LPH34 | 34" Prod w/Handle (w/o Batteries) |
| LPH44 | 44" Prod w/Handle (w/o Batteries) |
| LP22 | 22" Shaft |

**Product Search**

**Actions**
print
email

**Related Documents**
SyrVet Livestock Prod Instruction Manual

### PRODUCT CATALOG

**RESTRAINING**
ELECTRIC SHOCK PRODS
HOG HOLDERS AND CATCHERS
NOSE RINGS
BULL LEADS AND HOLDERS
COW IMMOBILIZERS
SHEPHERD'S CROOKS

ANIMAL IDENTIFICATION
ARTIFICIAL INSEMINATION
BANDAGES AND WRAPS
CALVING AND LAMBING
CASTRATION
COW MAGNETS AND BALLING GUNS
DAIRY AND UDDER CARE
DEHORNING
DISPOSABLE BOOTS
DISPOSABLE OVERALLS
DRENCHERS AND INJECTORS
FEEDERS AND WATERERS
GLOVES—LATEX
GLOVES—NITRILE
GLOVES—OB
GLOVES—VINYL
GROOMING




EXHIBIT B
PENGAD-Bayonne, N. J.

SyrVet Livestock Prod

- HEAT LAMPS AND BULBS
- HORSE SENSE PRODUCTS
- HOOF CARE
- MEASURE AND DIAGNOSTIC
- PIG BREEDING
- PROBIOTICS
- RESTRAINING
- SYRINGES AND NEEDLES, DISPOSABLE
- SYRINGES AND NEEDLES, REUSABLE

« Back

| | | |
|---|---|---|
| LP34 | 34" Shaft | |
| LP44 | 44" Shaft | |
| LPHANDLE | Prod Handle (w/o batteries) | |
| LPBATT | "C" Batteries (Each) (Minimum of 6) | |
| LPMOTOR | Prod Replacement Motor | |

*Hot Shot® is a registered trademark of Miller Manufacturing. Magrath® is a registered trademark of Springer Magrath.*

© 2010 SyrVet Inc. All rights reserved.

Register for the SyrVet Newsletter  Click Here →

SyrVet Catalog  Enter your e-mail address  Submit

Find us



**SyrVet, Inc.**
955 SE Olson Drive | PO Box 490
Waukee, IA 50263 USA
TF: **800-727-5553**  | PH: **515-987-5554**
FX: 515-987-5553 | E-mail SyrVet

Udderly Smooth® is a registered trademark of Redex Industries, Inc.; Udder Comfort™ is a trademark of 1374454 Ontario, Inc.; All-Weather® Paintstik® is a registered trademark of La-Co Industries, Inc.; Monoject® is a registered trademark of Sherwood Medical Company; IMV Technologies™ is a trademark of IMV Technologies; Vetrap™ is a trademark of 3M; Co-Flex® is a registered trademark of Andover Healthcare, Inc.; Hot-Shot® is a registered trademark of Miller Manufacturing; Magrath® is a registered trademark of Springer Magrath; FarmTek® is a trademark of Weatherbeeta PTY LTD; Rambo® and Amigo® are registered trademarks of Horseware Products LTD; Baker™ is a trademark of The Curvon Corporation; Weaver Leather® is a registered trademark of Weaver Leather Goods, Inc.; Farnam® is a registered trademark of Farnam Companies, INC.; Cashel® is a registered trademark of Cashel Products, Inc.